COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Carolyn P. Austin v. Coface Seguro de Credito Mexico, S.A. de C.V. as Attorney by Endorsement for Banco Monex, S.A., Institucion de Banco Multiple and Monex Grupo Financiero

Appellate case number:   01-15-00760-CV

Trial court case number:  2014-45802

Trial court:              270th District Court of Harris County

Appellant, Carolyn P. Austin, appeals a judgment of the Harris County District Court holding that she acquired the real property at issue in the underlying case subject to appellee's judgment lien on the property. On November 5, 2015, appellant filed an emergency motion to stay a scheduled December 1, 2015 sale of the property. Upon consideration of the motion and appellee's response, the motion is **GRANTED**. Sale of the property at issue is **ORDERED** stayed pending determination of this appeal or until further order of this Court. *See* TEX. GOV'T CODE ANN. § 22.221(a) (West 2004); TEX. R. APP. P. 24.4(c). Appellant has posted a $212,000.00 supersedes bond equal to the rental value of the property during the appeal and there has been no showing that the bond is insufficient to protect appellee's interests.

It is so ORDERED.

Judge's signature: /s/ Jane Bland

          ☑   Acting individually    ☐  Acting for the Court

Date: November 12, 2015